UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
Laurence U. Shipp
Mary L. Shipp

CASE NO. 15-20031-KL

CHAPTER 13

Debtors

## OBJECTION TO AMENDED PLAN

Comes now Wells Fargo Bank, N.A., a secured creditor herein, by counsel, and in support of its Objection to Amended Plan, states as follows:

1. Wells Fargo Bank, N.A. is the holder of a first mortgage and holds a security interest on the property commonly known as 2062 Whitcomb Street, Gary, IN 46404-2618.

2. The loan matures on June 1, 2018.

3. The amended plan extends the term of the loan beyond the maturity date.

4. The current interest rate under the Wells Fargo note is 6.75%.

5. The amended plan reduces the interest rate to 5%.

6. Counsel continues to review this matter with Wells Fargo and files this objection as December 11, 2015 is the last day to object to the amended plan. Wells Fargo files this objection in order to preserve its rights.

WHEREFORE, Wells Fargo Bank, N.A., respectfully requests that this honorable Court deny confirmation of the Amended Chapter 13 Plan.

Attorneys for Creditor

By: _____
Michael J. Kulak   21347-53
Unterberg & Associates, P.C.
Atty File: 1019790

## CERTIFICATE OF SERVICE

I certify that on December 11, 2015, a copy of the attached was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David Dabertin; dabertin@netnitco.net
Paul R. Chael; ecf@pchael13.com
United States Trustee, N.D., IN; ustpregion10.so.ecf@usdoj.gov

                                                Attorneys for Creditor

By: _____
Michael J. Kulak    21347-53

Unterberg & Associates, P.C.
8050 Cleveland Place
Merrillville, IN 46410
(219) 736-5579
bankruptcy@unterlaw.com
Atty File: 1019790

**This communication is from a Debt Collector.
This is an attempt to collect a debt and any information obtained will be used for that purpose.**