# United States Bankruptcy Court
## Northern District of Indiana

In re  Laurence U. Shipp
       Mary L Shipp                                    Case No.  15-20031
                          Debtor(s)                    Chapter   13

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule I to show accurate rental income**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:   **UST and Chapter 13 Trustee via ECF**

Date:  4-13-16

David M. Dabertin 19314-45
Attorney for Debtor(s)
David M. Dabertin, Attorney at Law PC
5246 Hohman Avenue Suite 302
Hammond, IN 46320
(219) 937-1719

**Fill in this information to identify your case:**

Debtor 1: Laurence U. Shipp

Debtor 2: Mary L Shipp
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF INDIANA

Case number: 15-20031
(If known)

Check if this is:

■ An amended filing

■ A supplement showing postpetition chapter 13 income as of the following date:
4/13/2016
MM / DD/ YYYY

# Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
   | Occupation | Carpenter | Retired |
   | Employer's name | School City of Gary | |
   | Employer's address | 620 East 10th Place<br>Gary, IN 46402 | |
   | How long employed there? | | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 5,221.67 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 5,221.67 | $ 0.00 |

Official Form 106I                                      Schedule I: Your Income                                      page 1

Debtor 1    Laurence U. Shipp
Debtor 2    Mary L Shipp                                                    Case number (if known)  15-20031

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 5,221.67 | $ 0.00 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 1,536.15 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 156.69 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 145.88 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 706.33 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 2,545.05 | $ 0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 2,676.62 | $ 0.00 |

8. List all other income regularly received:

- 8a. Net income from rental property and from operating a business, profession, or farm
  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.  $ 450.00    $ 0.00
- 8b. Interest and dividends    8b.  $ 0.00    $ 0.00
- 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.  $ 0.00    $ 0.00
- 8d. Unemployment compensation    8d.  $ 0.00    $ 0.00
- 8e. Social Security    8e.  $ 0.00    $ 1,946.00
- 8f. Other government assistance that you regularly receive
  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
  Specify: _____    8f.  $ 0.00    $ 0.00
- 8g. Pension or retirement income    8g.  $ 0.00    $ 2,160.00
- 8h. Other monthly income. Specify: _____    8h.+  $ 0.00 +    $ 0.00

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.  $ 450.00    $ 4,106.00

10. Calculate monthly income. Add line 7 + line 9.    10.  $ 3,126.62 + $ 4,106.00 = $ 7,232.62
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____    11.  +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies    12.  $ 7,232.62
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☐ No.
    ■ Yes. Explain:  Laurence Shipp is retiring in the near future

Official Form 106I                          Schedule I: Your Income                          page 2

## United States Bankruptcy Court
### Northern District of Indiana

In re  Laurence U. Shipp
      Mary L Shipp
                              Debtor(s)

Case No.  **15-20031**
Chapter   **13**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __2__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  _3-19-2016_          Signature  _Laurence U. Shipp_
                                      Laurence U. Shipp
                                      Debtor

Date  _3-19-2016_          Signature  _Mary L Shipp_
                                      Mary L Shipp
                                      Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.