WE 34-C

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: Laurence and Mary Shipp

BANKRUPTCY NO. 15-20031

Debtor

FILED
2016 MAY 25 AM 11: 33
CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT

## AGREED IMMATERIAL MODIFICATION
## OF PLAN AND ORDER

Comes now Debtor and Chapter 13 Trustee Chael on the above-captioned Chapter 13 case and show the court that the Debtor(s) filed a Chapter 13 plan.

The Debtor(s), Creditor, and Trustee, hereby stipulate to the following Modification of said Plan which they deem to be immaterial, and which they hereby move the Court to approve, without further notice and opportunity for hearing by creditors and parties in interest.

**It is hereby Agreed by and between the Debtor and Trustee that said Plan be modified as follows: Plan payments shall increase to $2,100 in June 2016.**

And the Court having examined said Stipulated Modification of the Plan, and being duly advised in the premises, finds that said proposed Modification does not materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or effect the feasibility of the Plan, and that said proposed Immaterial Modification should be, and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the Plan, as the case may be, is deemed to have accepted the Plan as modified.

SO ORDERED.

Dated: May 25, 2016

_____
JUDGE, U. S. BANKRUPTCY COURT

EXAMINED AND APPROVED:

/s/
_____
David M. Dabertin, Attorney for Debtor(s):

_____
Trustee Chael

Distribution
Debtor(s)
David M. Dabertin 5246 Hohman Avenue Hammond, Indiana 46320
Trustee and U.S. Trustee