UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                            CHAPTER 13 PROCEEDINGS
LAURENCE U SHIPP
MARY L SHIPP                                      CASE NO: 15-20031 KL
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee filed Notice that the amount required to cure the default in the below claim has been paid in full, and the ongoing post-petition payments are current.

**Name of Creditor:** BSI FINANCIAL SERVICES
**Court Claim No.:** 21

**Last four (4) digits of any number used to identify the Debtor's account: 2869**

**Final Cure Amount:**

    Amount of Allowed Pre-Petition Arrearage:  $00.00

    Amount Paid By Trustee                    $00.00

**Monthly Ongoing Mortgage Payment is Paid:**

    _XX__ Through the Chapter 13 Trustee conduit        ___ Direct by the Debtor

Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Federal Bankruptcy Rule 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: April 1, 2019                              Respectfully Submitted:

                                                                           /s/ Paul R. Chael
                                                                           Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2019, service of a true and complete copy of the above and foregoing pleading or paper was electronically sent through the court's ECF system to the following parties:

U.S. Trustee
Attorney for Debtor(s): DAVID DABERTIN ATTY AT LAW CORP

and upon the following by depositing the same in the United States mail, envelopes properly address to each of them and with sufficient first-class postage affixed.

Debtor(s) - LAURENCE U and MARY L SHIPP, 2449 MARSHALL PL, GARY, IN 46404   ,
Creditors(s) – BSI FINANCIAL SERVICES, 1425 GREENWAY DRIVE, STE 400, IRVING, TX 75038

        Paul R. Chael /s/
        Paul R. Chael, Chapter 13 Trustee
        401 West 84th Drive, Suite C
        Merrillville, IN 46410